# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JACOB LEE ROSE, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil Action No.: 1:23-cv-02078 |
| | * |
| BALTIMORE COUNTY, MARYLAND, et al., | * |
| | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REVISE ORDER

Defendants, by and through their undersigned counsel, hereby move under Rule 54 for revision of this Court's order at ECF No. 25. Defendants have attached a memorandum of law in support of this motion, which is incorporated by reference herein.

WHEREFORE, Defendants respectfully request this Honorable Court issue an Order revising ECF No. 25 as explained in the memorandum of law.

Respectfully submitted,

_____/s/_____
Bradley J. Neitzel
Assistant County Attorney
Bar No.: 26787
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, Maryland 21204
(410) 887-2364
(410) 296-0931 (facsimile)

>bneitzel@baltimorecountymd.gov
>pmcallister@baltimorecountymd.gov
>*Counsel for Defendants*