# U.S. District Court

## Maryland - Baltimore

Receipt Date: Jan 31, 2025 11:44AM

Baltimore County, Maryland
Disbursement Account

Rcpt. No: 11444    Trans. Date: Jan 31, 2025 11:44AM    Cashier ID: #AyRl

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #2044385 | 12/20/2024 | | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 23-cv-2078-JRR

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.